UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAKE BEN PAUL LOHR )<br>)<br>) | DOCKET NO. 1:24-CR-38-MR-WCM<br><br>BILL OF INDICTMENT<br><br>Violations:<br>18 U.S.C. § 2252A(a)(2)(A)<br>18 U.S.C. § 2252A(a)(5)(B) |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about December 24, 2023, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

JAKE BEN PAUL LOHR

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

### COUNT TWO

On or about January 14, 2024, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

JAKE BEN PAUL LOHR

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

1

## COUNT THREE

On or about January 25, 2024, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

### JAKE BEN PAUL LOHR

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT FOUR

From on or about February 17, 2018, to on or about February 27, 2024, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

### JAKE BEN PAUL LOHR

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

*Space intentionally left blank.*

## COUNT FIVE

On or about February 28, 2024, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

JAKE BEN PAUL LOHR

knowingly possessed and accessed with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, that has been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

*Space intentionally left blank.*

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253 and 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with 18 U.S.C. § 2253 and 21 U.S.C. § 853:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

The Grand Jury finds probable cause to believe that the following property that was seized on or about February 28, 2024, during the course of the investigation of the offenses herein is subject to forfeiture on one or more of the grounds stated above: one (1) HP laptop with 1TB HGST hard disk drive; one (1) 128GB SanDisk Cruzer USB drive; and one (1) Toshiba laptop with 640GB hard disk drive.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
ALEXIS SOLHEIM
ASSISTANT UNITED STATES ATTORNEY

4